1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  CRYSTAL J. HOUSLEY

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-06-0425 LKK
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER
14      v.                         )
                                   )
15 CRYSTAL J. HOUSLEY,             ) Date: November 28, 2006
                                   ) Time: 9:30 A.M.
16                                 )
                                   ) Judge: Hon. Lawrence K. Karlton
17              Defendant.         )
   _____
18

19
        IT IS HEREBY STIPULATED by and between the parties hereto through
20
   their respective counsel, MICHELLE RODRIGUEZ, Assistant United States
21
   Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
22
   Defender, attorney for defendant, that the current Status Conference
23
   date of November 14, 2006 be vacated and a new date of November 28,
24
   2006 be set for status.  This is a new case.  Ms. Housley was arraigned
25
   on the indictment on October 27, 2006.  The defense needs time to
26
   review discovery and perform necessary investigation.
27
        It is further stipulated and agreed between the parties that the
28

1  period beginning November 14, 2006 to November 28, 2006, should be
2  excluded in computing the time within which the trial of the above
3  criminal prosecution must commence for purposes of the Speedy Trial Act
4  for defense preparation.  All parties stipulate and agree that this is
5  an appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) (Local Code T4).
7  November 9, 2006
8                                          Respectfully submitted,
9                                          DANIEL BRODERICK
                                            Federal Defender
10
11                                              /S/NED SMOCK
                                            NED SMOCK
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          CRYSTAL J. HOUSLEY
14
                                            MCGREGOR W. SCOTT
15                                          United States Attorney
16 Dated:  November 9, 2006
                                             /S/ MICHELLE RODRIGUEZ
17                                          MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney
18
19                              **ORDER**
20      **IT IS SO ORDERED.**
21 DATED: November 9, 2006
22
23                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
24                                          UNITED STATES DISTRICT COURT
25
26
27
28

2