**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                              RE:    Crystal J. HOUSLEY
                                       Docket Number:   2:06CR00425-001
                                       **RELEASE OF CONFIDENTIAL
                                       INFORMATION**

Your Honor:

On February 27, 2007, the offender was sentenced to three months custody of the Bureau of Prisons, a 36 month term of supervised release, $200 special assessment, and $4,894.91 restitution, for a violations of 18 USC 371, 1341 - Conspiracy to Commit Mail Fraud, and 18 USC 287 - False Claims to an Agency of the United States, Class D felonies. Special conditions include:  Search; Financial disclosure; Do not incur new credit charges; Participate in drug and alcohol treatment programs; Participate in drug and alcohol testing; Reside and participate in a residential community corrections center for three months; and Aftercare co-payment.  After having been found guilty of violations of supervised release for Use of a Controlled Substance and Failure to Participate in a Community Corrections Center, the Court revoked the offender's supervised release on June 26, 2007, and sentenced her to 11 months custody with the Bureau of Prisons, followed by a 25 month term of supervised release.  All of the original terms of supervision were ordered.

On March 26, 2008, the offender released from the Bureau of Prisons and agreed to reside in a Community Corrections Center as a public law placement based on her lack of community ties and resources.  The offender remained in the Community Corrections Center until May 31, 2008, when she was removed for having contact with another resident.

Given the offender's substance abuse history, she was placed in a residential treatment program on June 9, 2008.  She successfully completed the residential treatment program

RE:    **Crystal J. HOUSLEY**
      **Docket Number:   2:06CR00425-001**
      **RELEASE OF CONFIDENTIAL INFORMATION**

on September 9, 2008.  Thereafter, she was placed in a clean and sober living environment, where she remains to date.

A check with the California Law Enforcement Telecommunication System revealed the offender has an outstanding arrest warrant from Linn County Circuit Court (Oregon), Case Number 04-020437.  To resolve this warrant, the offender must appear in person in court.  As a result, the offender is requesting documentation that she is on supervised release and is cooperating with the terms and conditions as ordered by the court.  She would like the Circuit Court in Oregon to know that she has successfully completed a residential treatment program and that all urine tests have been clean to date.

Given the above, this officer is respectfully requesting the Court allow this officer to write a letter documenting her situation on supervised release, indicating she has successfully completed residential treatment, is residing in a clean and sober living environment, and has had all negative urine tests to date.  This officer is requesting the Court allow the information to be released to Linn County Circuit Court, the prosecuting attorney's office, the offender's defense attorney, and the offender.

Should the Court have any questions, this officer can be reached at (916) 930-4389.

                         Respectfully submitted,

                         /s/Kyriacos M. Simonidis for
                         **TONI M. ORTIZ**
                         **United States Probation Officer**

Dated:      September 22, 2008
              Sacramento, California
              TMO/cp

**REVIEWED BY:**    /s/Kyriacos M. SImonidis
                         **KYRIACOS M. SIMONIDIS**
                         **Supervising United States Probation Officer**

**RE:   Crystal J. HOUSLEY**
     **Docket Number:   2:06CR00425-001**
     **RELEASE OF CONFIDENTIAL INFORMATION**


cc:   Michelle Rodriguez
     Assistant United States Attorney

     Linda C. Harter
     Defense Counsel

_____
_____


AGREE: ____✔_____          DISAGREE: _____

_____           September 24, 2008
**LAWRENCE K. KARLTON**                          DATE
United States District Judge